DURIE TANGRI LLP
DARALYN J. DURIE (SBN 169825)
ddurie@durietangri.com
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: 415-362-6666
Facsimile: 415-236-6300

Attorneys for Plaintiff and Cross-Defendants
GUTRIDE SAFIER LLP, ADAM GUTRIDE, and SETH SAFIER

REESE RICHMAN LLP
Michael R. Reese (State Bar No. 206773)
mreese@reeserichman.com
875 Avenue of Americas, 18th Floor
New York, New York 10001
Telephone: (212) 643-0500
Facsimile: (212) 253-4272

Defendants and Cross-Plaintiffs
MICHAEL REESE, REESE RICHMAN LLP

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GUTRIDE SAFIER LLP,<br><br>          Plaintiff,<br><br>     v.<br><br>MICHAEL REESE; REESE RICHMAN LLP; AND DOES 1 THROUGH 10,<br><br>          Defendants. | Case No. 3:13-cv-01062-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING CONTINUING MOTIONS HEARING DATE**<br><br>Date:   May 23, 2013<br>Time:   1:30 p.m.<br>Ctrm:   5, 17th Floor<br>Judge:  Honorable Edward M. Chen |
| MICHAEL REESE,<br><br>          Cross-Plaintiff,<br><br>     v.<br><br>GUTRIDE SAFIER LLP; ADAM GUTRIDE; SETH SAFIER,<br><br>          Cross-Defendants. | |

1  Pursuant to Civil Local Rules 6-1(b) and 6-2, the parties herby stipulate to continue hearing on
2  the Motion to Transfer Case [D.N. 4], Motion to Dismiss *Counterclaims and Strike Affirmative Defenses*
3  [D.N. 11], Motion for Preliminary Injunction [D.N. 12] currently scheduled for May 23, 2013 at 1:30 p.m
4  to May 30, 2013 at 1:30 p.m.  The parties request this modification because Plaintiffs' counsel will be
5  attending a previously scheduled hearing for another case on the East Coast on May 23, 2013.
6  Accordingly, IT IS HEREBY STIPULATED by and between the parties, through their respective
7  counsel undersigned, that:

8  This Motion hearing date currently scheduled for May 23, 2013, at 1:30 p.m. be moved to May
9  30, 2013 at 1:30 p.m.

10 Dated:  April 26, 2013                                  DURIE TANGRI LLP

11                                                        By:  _____*/s/ Daralyn J. Durie*_____
12                                                                  DARALYN J. DURIE

13                                                        Attorney for Plaintiff and Cross-Defendants
                                                          GUTRIDE SAFIER LLP, ADAM
14                                                        GUTRIDE, and SETH SAFIER

15 Dated:  April 26, 2013                                  REESE RICHMAN LLP

16                                                        By:  _____*/s/ Michael R. Reese*_____
                                                                  MICHAEL R. REESE
17
                                                          Attorney for Defendants and Cross-Plaintiffs
18                                                        MICHAEL REESE, REESE RICHMAN
                                                          LLP
19

20                                  **FILER'S ATTESTATION**

21 Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, Daralyn J. Durie, attest that concurrence
22 in the filing of this document has been obtained.

23 Dated:  April 26, 2013                                  _____*/s/ Daralyn J. Durie*_____
                                                                  DARALYN J. DURIE
24

25
26 IT IS HEREBY ORDERED:   Briefing schedule remains the same as previously set.  Hearing is reset
                          for 5/30/13 at 1:30 p.m.
   Dated:  ___4/26/13___
27                                                        _____
                                                          Honorable Edward M. Chen
28                                                        United States District Court Judge

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward M. Chen*

1
STIPULATION AND [PROPOSED] ORDER REGARDING CONTINUING MOTIONS HEARING DATE
CASE NO. 3:13-CV-01062-EMC

## CERTIFICATE OF SERVICE

I certify that all counsel of record is being served on April 26, 2013 with a copy of this document via the Court's CM/ECF system.

*/s/ Daralyn J. Durie*
Daralyn J. Durie