DURIE TANGRI LLP
DARALYN J. DURIE (SBN 169825)
ddurie@durietangri.com
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: 415-362-6666
Facsimile: 415-236-6300

Attorneys for Plaintiff and Cross-Defendants
GUTRIDE SAFIER LLP, ADAM
GUTRIDE, and SETH SAFIER

REESE RICHMAN LLP
Michael R. Reese (State Bar No. 206773)
mreese@reeserichman.com
875 Avenue of Americas, 18th Floor
New York, New York 10001
Telephone: (212) 643-0500
Facsimile: (212) 253-4272

Defendants and Cross-Plaintiffs
MICHAEL REESE, REESE RICHMAN LLP

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GUTRIDE SAFIER LLP,<br><br>               Plaintiff,<br><br>   v.<br><br>MICHAEL REESE; REESE RICHMAN LLP; AND DOES 1 THROUGH 10,<br><br>               Defendants.<br><br>MICHAEL REESE,<br><br>               Cross-Plaintiff,<br><br>   v.<br><br>GUTRIDE SAFIER LLP; ADAM GUTRIDE; SETH SAFIER,<br><br>               Cross-Defendants. | Case No. 3:13-cv-01062-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING PLAINTIFF'S MOTION TO DISMISS AMENDED COUNTERCLAIMS AND STRIKE AFFIRMATIVE DEFENSES HEARING DATE**<br><br>Date: June 6, 2013<br>Time: 1:30 p.m.<br>Ctrm: 5, 17th Floor<br>Judge: Honorable Edward M. Chen |

Pursuant to Civil Local Rules 6-1(b) and 6-2, the parties herby stipulate to waive oral argument and submit on the papers the Plaintiff's Motion to Dismiss Amended Counterclaims and Strike Affirmative Defenses [D.N. 28], currently scheduled for June 6, 2013 at 1:30 p.m. Alternatively, should the Court desire argument, the parties request the Court to reschedule the argument to July 11, 2013 at 1:30 p.m. The parties request this modification because Defendant's counsel is unavailable on June 6, 2013 (due to a personal family matter that requires him to be in New York, New York on June 6th), and July 11, 2013 is the first date that both counsel are available.

Respectfully submitted,

Dated: May 14, 2013

DURIE TANGRI LLP

By: /s/ Daralyn J. Durie
DARALYN J. DURIE

Attorney for Plaintiff and Cross-Defendants GUTRIDE SAFIER LLP, ADAM GUTRIDE, and SETH SAFIER

Dated: May 14, 2013

REESE RICHMAN LLP

By: /s/ Michael R. Reese
MICHAEL R. REESE

Attorney for Defendants and Cross-Plaintiffs MICHAEL REESE, REESE RICHMAN LLP

IT IS HEREBY ORDERED: The Court reserves the right to vacate the July 11 hearing date if it determines that a disposition on the papers is appropriate.

Dated: 5/15/13

_____
Honorable Edward M. Chen
United States District Court Judge

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

1

STIPULATION AND [PROPOSED] ORDER REGARDING PLTFF'S MOTION TO DISMISS AMENDED COUNTERCLAIMS AND STRIKE AFFIRMATIVE DEFENSES CASE NO. 3:13-CV-01062-EMC

**FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, Michael R. Reese, attest that concurrence in the filing of this document has been obtained from Ms. Daralyn Durie.

Dated: May 14, 2013                              */s/ Michael R. Reese*

**CERTIFICATE OF SERVICE**

I certify that all counsel of record is being served on May 14, 2013 with a copy of this document via the Court's CM/ECF system.

*/s/ Michael R. Reese*

---

STIPULATION AND [PROPOSED] ORDER REGARDING CONTINUANCE OF CASE MANAGEMENT CONFERENCE DATE / CASE NO. 3:13-CV-01062 (JCS)