DURIE TANGRI LLP
DARALYN J. DURIE (SBN 169825)
ddurie@durietangri.com
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: 415-362-6666
Facsimile: 415-236-6300

Attorneys for Plaintiff and Cross-Defendants
GUTRIDE SAFIER LLP, ADAM
GUTRIDE, and SETH SAFIER

REESE RICHMAN LLP
Michael R. Reese (State Bar No. 206773)
mreese@reeserichman.com
875 Avenue of Americas, 18th Floor
New York, New York 10001
Telephone: (212) 643-0500
Facsimile: (212) 253-4272

Defendants and Cross-Plaintiffs
MICHAEL REESE, REESE RICHMAN LLP

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GUTRIDE SAFIER LLP,<br><br>                    Plaintiff,<br><br>     v.<br><br>MICHAEL REESE; REESE RICHMAN LLP; AND DOES 1 THROUGH 10,<br><br>                    Defendants. | Case No. 3:13-cv-01062-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING PLAINTIFF'S MOTION TO DISMISS AMENDED COUNTERCLAIMS AND STRIKE AFFIRMATIVE DEFENSES HEARING DATE**<br><br>Date:   June 6, 2013<br>Time:   1:30 p.m.<br>Ctrm:   5, 17th Floor<br>Judge:  Honorable Edward M. Chen |
| MICHAEL REESE,<br><br>                    Cross-Plaintiff,<br><br>     v.<br><br>GUTRIDE SAFIER LLP; ADAM GUTRIDE; SETH SAFIER,<br><br>                    Cross-Defendants. | |

1  Pursuant to Civil Local Rules 6-1(b) and 6-2, the parties herby stipulate to waive oral argument
2  and submit on the papers the Plaintiff's Motion to Dismiss Amended Counterclaims and Strike
3  Affirmative Defenses [D.N. 28], currently scheduled for June 6, 2013 at 1:30 p.m.  Alternatively, should
4  the Court desire argument, the parties request the Court to reschedule the argument to July 11, 2013 at
5  1:30 p.m.  The parties request this modification because Defendant's counsel is unavailable on June 6,
6  2013 (due to a personal family matter that requires him to be in New York, New York on June 6th), and
7  July 11, 2013 is the first date that both counsel are available.

Respectfully submitted,

Dated:  May 14, 2013                           DURIE TANGRI LLP

By:   /s/ Daralyn J. Durie
       DARALYN J. DURIE

Attorney for Plaintiff and Cross-Defendants
GUTRIDE SAFIER LLP, ADAM
GUTRIDE, and SETH SAFIER

Dated:  May 14, 2013                           REESE RICHMAN LLP

By:   /s/ Michael R. Reese
       MICHAEL R. REESE

Attorney for Defendants and Cross-Plaintiffs
MICHAEL REESE, REESE RICHMAN
LLP

IT IS HEREBY ORDERED:     The Court reserves the right to vacate the July 11 hearing date if it determines that a disposition on the papers is appropriate.

Dated:  5/15/13
_____
Honorable Edward M. Chen
United States District Court Judge

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

1
STIPULATION AND [PROPOSED] ORDER REGARDING PLTFF'S MOTION TO DISMISS AMENDED
COUNTERCLAIMS AND STRIKE AFFIRMATIVE DEFENSES CASE NO. 3:13-CV-01062-EMC

## FILER'S ATTESTATION

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, Michael R. Reese, attest that concurrence in the filing of this document has been obtained from Ms. Daralyn Durie.

Dated:  May 14, 2013                              */s/ Michael R. Reese*

**CERTIFICATE OF SERVICE**

I certify that all counsel of record is being served on May 14, 2013 with a copy of this document via the Court's CM/ECF system.

*/s/ Michael R. Reese*