JASON M. SKAGGS (SBN 202190)
SKAGGS FAUCETTE LLP
530 Lytton Avenue, 2nd Floor
Palo Alto, CA 94301
Telephone: 650/617-3226
Facsimile: 650/644-0200
Email: jason@skaggsfaucette.com

MICHAEL REESE
REESE RICHMAN LLP
875 Avenue of the Americas
18th Floor
New York, NY 10001
Telephone: 212/643-0500
Facsimile: 212/253-4272
Email: mreese@reeserichman.com

Attorneys for Defendant REESE RICHMAN LLP
and Defendant and Cross-Plaintiff MICHAEL
REESE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GUTRIDE SAFIER LLP,<br><br>          Plaintiff,<br><br>  v.<br><br>MICHAEL REESE; REESE RICHMAN LLP; and DOES 1-10,<br><br>          Defendants.<br><br>MICHAEL REESE,<br><br>          Cross-Plaintiff,<br><br>  v.<br><br>GUTRIDE SAFIER, LLP; ADAM GUTRIDE; SETH SAFIER,<br><br>          Cross-Defendants. | No. CV 3:13-01062 (EMC)<br><br>**STIPULATION AND [PROPOSED] ORDER RE SUPPLEMENTAL BRIEFING RE MOTION TO DISMISS** |

STIPULATION AND PROPOSED ORDER: CASE NO. CV-13-01062 (EMC)

1   WHEREAS, on June 11, 2013, the Motion to Dismiss (Dkt. 28) filed by Cross-Defendants
2   Gutride Safier LLP, Adam Gutride and Seth Safier (collectively, the "Gutride Parties"), to the
3   counterclaims asserted by Cross-Plaintiff Michael Reese came on for hearing before this Court;

4   WHEREAS, after oral argument and at the conclusion of the hearing, the Court ordered that
5   any supplemental briefs be filed by July 18, 2013 (*see* Dkt 42);

6   WHEREAS, Mr. Reese has a family medical issue that he needs to attend to this week and
7   has requested that the Gutride Parties agree to a one-week extension for the submission of the
8   supplemental briefs;

9   WHEREAS, the Gutride Parties, through their counsel, have agreed to Mr. Reese's request;

10  NOW, THEREFORE, it is hereby stipulated and agreed by the parties that the deadline to
11  submit supplemental briefing on the Gutride Parties' Motion to Dismiss (Dkt.. 28) is extended to
12  July 25, 2013.

Dated: July 16, 2013                SKAGGS FAUCETTE LLP


                                    By:  /s/
                                         Jason M. Skaggs

                                    Attorneys for Defendant REESE RICHMAN LLP and
                                    Defendant and Cross-Plaintiff MICHAEL REESE


Dated: July 16, 2013                DURIE TANGRI LLP


                                    By:  /s/
                                         Daralyn J. Durie

                                    Attorneys for Plaintiff and Cross-Defendant GUTRIDE
                                    SAFIER LLP and Cross-Defendants ADAM GUTRIDE
                                    and SETH SAFIER

1 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: ___7/17/13_____


IT IS SO ORDERED
Judge Edward M. Chen

STIPULATION AND PROPOSED ORDER: CASE NO. CV-13-01062 (EMC)

-2-

**FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I, Jason M. Skaggs, attest that concurrence in the filing of this document has been obtained from Ms. Durie.

Dated: July 16, 2013

By:       /s/      
      Jason M. Skaggs