1  JASON M. SKAGGS (SBN 202190)
   SKAGGS FAUCETTE LLP
2  530 Lytton Avenue, 2nd Floor
   Palo Alto, CA  94301
3  Telephone:    650/617-3226
   Facsimile:    650/644-0200
4  Email: jason@skaggsfaucette.com

5  MICHAEL REESE
   REESE RICHMAN LLP
6  875 Avenue of the Americas
   18th Floor
7  New York, NY 10001
   Telephone:    212/643-0500
8  Facsimile:    212/253-4272
   Email:   mreese@reeserichman.com

9

10 Attorneys for Defendant REESE RICHMAN LLP
   and Defendant and Cross-Plaintiff MICHAEL
11 REESE

12

13                    UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15                         SAN FRANCISCO DIVISION

16

| | |
|---|---|
| 17  GUTRIDE SAFIER LLP, | No. CV 3:13-01062 (EMC) |
| 18             Plaintiff, | **STIPULATION AND [PROPOSED] ORDER RE SUPPLEMENTAL** |
| 19       v. | **BRIEFING RE MOTION TO DISMISS** |
| 20  MICHAEL REESE; REESE RICHMAN LLP; and DOES 1-10, | |
| 21 | |
| 22             Defendants. | |
| 23  MICHAEL REESE, | |
| 24             Cross-Plaintiff, | |
| 25       v. | |
| 26  GUTRIDE SAFIER, LLP; ADAM GUTRIDE; SETH SAFIER, | |
| 27 | |
| 28             Cross-Defendants. | |

STIPULATION AND PROPOSED ORDER: CASE NO. CV-13-01062 (EMC)

1  WHEREAS, on June 11, 2013, the Motion to Dismiss (Dkt. 28) filed by Cross-Defendants Gutride Safier LLP, Adam Gutride and Seth Safier (collectively, the "Gutride Parties"), to the counterclaims asserted by Cross-Plaintiff Michael Reese came on for hearing before this Court;

WHEREAS, after oral argument and at the conclusion of the hearing, the Court ordered that any supplemental briefs be filed by July 18, 2013 (*see* Dkt 42);

WHEREAS, Mr. Reese has a family medical issue that he needs to attend to this week and has requested that the Gutride Parties agree to a one-week extension for the submission of the supplemental briefs;

WHEREAS, the Gutride Parties, through their counsel, have agreed to Mr. Reese's request;

NOW, THEREFORE, it is hereby stipulated and agreed by the parties that the deadline to submit supplemental briefing on the Gutride Parties' Motion to Dismiss (Dkt.. 28) is extended to July 25, 2013.

Dated: July 16, 2013          SKAGGS FAUCETTE LLP

By: _____/s/_____
Jason M. Skaggs

Attorneys for Defendant REESE RICHMAN LLP and Defendant and Cross-Plaintiff MICHAEL REESE

Dated: July 16, 2013          DURIE TANGRI LLP

By: _____/s/_____
Daralyn J. Durie

Attorneys for Plaintiff and Cross-Defendant GUTRIDE SAFIER LLP and Cross-Defendants ADAM GUTRIDE and SETH SAFIER

1 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2

3 Dated: ___7/17/13_____



**FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I, Jason M. Skaggs, attest that concurrence in the filing of this document has been obtained from Ms. Durie.

Dated: July 16, 2013

By:       /s/      
Jason M. Skaggs