DURIE TANGRI LLP
DARALYN J. DURIE (SBN 169825)
ddurie@durietangri.com
217 Leidesdorff Street
San Francisco, CA  94111
Telephone:    415-362-6666
Facsimile:     415-236-6300

Attorney for Plaintiff and Cross-Defendant
GUTRIDE SAFIER LLP and Cross-Defendants ADAM GUTRIDE and SETH SAFIER

JASON M. SKAGGS (SBN 202190)
SKAGGS FAUCETTE LLP
530 Lytton Avenue, 2nd Floor
Palo Alto, CA  94301
Telephone:    650/617-3226
Facsimile:     650/644-0200
Email:  jason@skaggsfaucette.com

MICHAEL REESE
REESE RICHMAN LLP
875 Avenue of the Americas, 18th Floor
New York, NY 10001
Telephone:     212/643-0500
Facsimile:      212/253-4272
Email:    mreese@reeserichman.com

Attorneys for Defendant REESE RICHMAN LLP and Defendant and Cross-Plaintiff MICHAEL REESE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GUTRIDE SAFIER LLP,<br><br>                    Plaintiff,<br><br>     v.<br><br>MICHAEL REESE; REESE RICHMAN LLP; AND DOES 1 THROUGH 10,<br><br>                    Defendants. | Case No. 3:13-cv-01062-EMC<br><br>**STIPULATION FOR DISMISSAL WITHOUT PREJUDICE**<br><br>Ctrm:   5, 17th Floor<br>Judge:  Honorable Edward M. Chen |

1  MICHAEL REESE;
2                    Cross-Plaintiff,
3           v.
4  GUTRIDE SAFIER LLP; ADAM GUTRIDE;
   SETH SAFIER,
5
                     Cross-Defendants.
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION FOR DISMISSAL WITHOUT PREJUDICE / CASE NO. 3:13-CV-01062 (JCS)

Pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(ii), Plaintiff Gutride Safier LLP hereby voluntarily dismisses its claims against Defendants Michael Reese and Reese Richman LLP ("Defendants") without prejudice, and Defendants consent to the dismissal. Each party will bear their own costs and attorneys' fees.

Dated: October 2, 2013

DURIE TANGRI LLP

By: */s/ Daralyn J. Durie*
DARALYN J. DURIE

Attorney for Plaintiff and Cross-Defendant GUTRIDE SAFIER LLP and Cross-Defendants ADAM GUTRIDE and SETH SAFIER

Dated: October 2, 2013

SKAGGS FAUCETTE LLP

By: */s/ Jason M. Skaggs*
JASON M. SKAGGS

Attorneys for Defendant REESE RICHMAN LLP and Defendant and Cross-Plaintiff MICHAEL REESE

**FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, Daralyn J. Durie, attest that concurrence in the filing of this document has been obtained.

Dated: October 2, 2013

*/s/ Daralyn J. Durie*
DARALYN J. DURIE

**CERTIFICATE OF SERVICE**

I certify that all counsel of record is being served on October 2, 2013 with a copy of this document via the Court's CM/ECF system.

*/s/ Daralyn J. Durie*
Daralyn J. Durie

IT IS SO ORDERED

_____
Edward M. Chen
U.S. District Judge

APPROVED
Judge Edward M. Chen

STIPULATION FOR DISMISSAL WITHOUT PREJUDICE / CASE NO. 3:13-CV-01062-EMC

1